1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

I.L. DAVIS by and through his guardian ad litem TYESKIA RANDALL,

                              Plaintiff,

        v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

                              Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

1:11at0653

ORDER GRANTING PETITION FOR GUARDIAN AD LITEM

(Document 4)

        Petitioner I.L. Davis, through her attorney, filed a motion for appointment of her mother, Tyeskia Randall, as her guardian ad litem on October 19, 2011.  The motion is GRANTED.

        IT IS SO ORDERED.

**Dated:   October 20, 2011**                    _____/s/ **Dennis L. Beck**_____
                                                UNITED STATES MAGISTRATE JUDGE

1