# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.L. DAVIS by and through his guardian ad litem TYESKIA RANDALL,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>Defendant. | 1:11at0653<br><br>ORDER GRANTING PETITION FOR GUARDIAN AD LITEM<br><br>(Document 4) |

    Petitioner I.L. Davis, through her attorney, filed a motion for appointment of her mother, Tyeskia Randall, as her guardian ad litem on October 19, 2011.  The motion is GRANTED.

    IT IS SO ORDERED.

Dated:  **October 20, 2011**           **/s/ Dennis L. Beck**
                                                                           UNITED STATES MAGISTRATE JUDGE